IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SARAH PATTON, ERICA KITTS, and MARILEE HARRISON, individually and on behalf of all similarly-situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> SERVICESOURCE DELAWARE, INC. d/b/a SERVICESOURCE INTERNATIONAL, INC. <br><br> Defendant. | Civil No.: 3:15-cv-01013 <br><br> MAGISTRATE JUDGE FRENSLEY <br><br> CLASS AND COLLECTIVE ACTION COMPLAINT <br><br> JURY TRIAL DEMANDED |

**ORDER**

This cause came before the Court for consideration of the Plaintiffs' Unopposed Motion for Preliminary Settlement Approval of Rule 23 Class Action Claims and for Settlement Approval of FLSA §216(b) Collective Action Claims. Prior to submitting Plaintiffs' submitting their Unopposed Motion for Preliminary Settlement Approval of Rule 23 Class Action Claims and for Settlement Approval of FLSA §216(b) Collective Action Claims, the Court held a telephonic hearing with counsel for January 9, 2019.

The Plaintiffs' Unopposed Motion is granted, and the Court rules as follows pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 201, *et seq.* (the "FLSA"), to:

(1) preliminarily approve, pursuant to Fed. R. Civ. P. 23(e), the settlement terms set forth in the parties' Settlement Agreement and Exhibits thereto;

(2) certify the Rule 23 Settlement Class as defined in the parties Settlement Agreement for settlement purposes;

(3) approve the proposed Notice and Claim Form to be provided to the Rule 23 Settlement Class as set for in the Settlement Agreement and the Exhibits thereto;

1

(4) appoint RG/2 Claims Administration LLC as Claims Administrator for the Settlement Fund as defined in the parties Settlement Agreement;

(5) appoint Plaintiffs Sarah Patton, Erica Kitts and Marilee Harrison Tice as Representative Plaintiffs of the Rule 23 Settlement Class;

(6) appoint Martin D. Holmes and Joshua L. Burgener of Dickinson Wright PLLC, as Class Counsel of the Rule 23 Settlement Class;

(7) approve, pursuant to §216(b) of the FLSA, the settlement terms set forth in the parties' Settlement Agreement for the FLSA Settlement Class as defined in the parties Settlement Agreement; and,

(8) schedule a hearing to consider final approval of the Rule 23 Settlement and any related matters.

In support of this Order, the Court also relied upon the following exhibits which were attached to Plaintiffs' Unopposed Motion:

1. Settlement Agreement, with attached exhibits:

    A. Release,

    B. Long-Form Notice,

    C. Claim Form;

2. Declaration of Martin D. Holmes; and

3. Declaration of Michael L. Russell.

Further, the Court sets the following progression of events and Orders the deadlines be set as summarized below:

| Event | Deadline |
|---|---|
| Notice and Claim Forms mailed and emailed to the Rule 23 Settlement Class ("Notice Date") | 28 calendar days after the Preliminary Approval Order is entered (the list shall be provided to the Claims Administrator by Defendant within 14 days of the entry of the Preliminary Approval Order) |
| Deadline for filing Claim Form | 60 calendar days from the date Notice is sent |
| Deadline for Class Counsel to file motion seeking final approval of the Settlement | 7 calendar days prior to the Final Approval Hearing |

2

| | |
|---|---|
| Agreement, including award of attorney's fees, payment of expenses, and approval of proposed service award payments | |
| Deadline for mailing objections to Claims Administrator and deadline for Class Counsel to file objections with the Court | Objections must be mailed to the Claims Administrator and postmarked at least 21 days prior to the Final Approval Hearing, and Class Counsel must file such objections no later than 7 days prior to the Final Approval Hearing |
| Deadline for Rule 23 Class Members to exclude themselves from the Rule 23 Settlement Class | Requests to be excluded from the Rule 23 Settlement Class must be mailed to the Claims Administrator and postmarked at least 21 days prior to the Final Approval Hearing, and Class Counsel must file such objections no later than 10 days prior to the Final Approval Hearing |
| Final Approval Hearing | **June 5, 2019, at 9:00 a.m.** Courtroom 783 |

It is SO ORDERED.

_____
Jeffery S. Frensley, U.S. Magistrate Judge

NASHVILLE 65755-1 671920v2