# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SARAH PATTON, ERICA KITTS, and MARILEE HARRISON, individually and on behalf of all similarly-situated persons, | ) ) ) ) Civil No.: 3:15-cv-01013 |
| Plaintiffs, | ) ) ) |
| v. | ) MAGISTRATE JUDGE FRENSLEY ) ) CLASS AND COLLECTIVE |
| SERVICESOURCE DELAWARE, INC. d/b/a SERVICESOURCE INTERNATIONAL, INC. | ) ACTION COMPLAINT ) ) ) JURY TRIAL DEMANDED |
| Defendant. | ) ) |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY SETTLEMENT APPROVAL OF SUPPLEMENTAL RULE 23 CLASS ACTION CLAIMS AND FOR PRELIMINARY APPROVAL OF SUPPLEMENTAL FLSA §216(b) COLLECTIVE ACTION CLAIMS

Plaintiffs Sarah Patton, Erica Kitts, and Marilee Harrison, individually and on behalf of all similarly-situated persons, respectfully move the Court, pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 201, *et seq.* (the "FLSA"), to:

1) preliminarily approve, pursuant to Fed. R. Civ. P. 23(e), the settlement terms set forth in the parties' Supplemental Settlement Agreement and Exhibits thereto;

2) certify for settlement purposes the Supplemental Rule 23 and FLSA Settlement Classes;

3) approve the proposed Notice and Opt-Out Forms to be provided to the Supplemental Rule 23 and FLSA Settlement Classes;

4) appoint RG/2 Claims Administration LLC as Claims Administrator for the Supplemental Settlement Fund;

5) appoint Plaintiffs Sarah Patton, Erica Kitts and Marilee Harrison Tice as Representative Plaintiffs of the Supplemental Rule 23 and FLSA Settlement Classes;

1

6) appoint Martin D. Holmes and Joshua L. Burgener of Dickinson Wright PLLC, as Class Counsel of the Supplemental Rule 23 and FLSA Settlement Classes;

7) schedule a hearing to consider final approval of the Supplemental Rule 23 and FLSA Settlements and any other related matters; and,

8) affirm that this Court's consideration of the Supplemental Settlement Agreement will not impact the orderly progression of the settlement this Court preliminarily approved on February 1, 2019, currently set for final approval on June 5, 2019.

In support of this Motion, Plaintiffs rely upon the following attached exhibits:

1. Supplemental Settlement Agreement, with attached exhibits:

    A. Long-Form Notices, and,

    B. Opt-Out Forms;

2. Declaration of Martin D. Holmes;

3. [Proposed] Order Granting Plaintiffs' Motion for Preliminary Settlement Approval of Supplemental Rule 23 Class Action Claims and For Preliminary Approval of Supplemental FLSA §216(b) Collective Action Claims.

Plaintiffs also rely upon their contemporaneously filed Memorandum of Law.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court:

1) preliminarily approve, pursuant to Fed. R. Civ. P. 23(e), the settlement terms set forth in the parties' Supplemental Settlement Agreement and Exhibits thereto;

2) certify for settlement purposes the Supplemental Rule 23 and FLSA Settlement Classes;

3) approve the proposed Notices and Opt-Out Forms to be provided to the Supplemental Rule 23 and FLSA Settlement Classes;

4) appoint RG/2 Claims Administration LLC as Claims Administrator for the Supplemental Settlement Fund;

5) appoint Plaintiffs Sarah Patton, Erica Kitts and Marilee Harrison Tice as Representative Plaintiffs of the Supplemental Rule 23 and FLSA Settlement Classes;

6) appoint Martin D. Holmes and Joshua L. Burgener of Dickinson Wright PLLC, as Class Counsel of the Supplemental Rule 23 and FLSA Settlement Classes;

7) schedule a hearing to consider final approval of the Supplemental Rule 23 and FLSA Settlements and any other related matters; and,

8) affirm that this Court's consideration of the Supplemental Settlement Agreement will not impact the orderly progression of the settlement this Court preliminarily approved on February 1, 2019, currently set for final approval on June 5, 2019.

Respectfully submitted,

**DICKINSON WRIGHT PLLC**

*/s/ Martin D. Holmes*
Martin D. Holmes, #12122
Joshua L. Burgener, #29077
424 Church Street, Suite 800
Nashville, TN 37219
(615) 244-6538
mdholmes@dickinsonwright.com
jburgener@dickinsonwright.com

*Attorneys for Plaintiffs and Putative Opt-in Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2019 a true and exact copy of the foregoing has been filed and served on the following via the Court's ECF filing system:

Craig A. Cowart
Jackson Lewis P.C.
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
craig.cowart@jacksonlewis.com

*/s/ Martin D. Holmes*
Martin D. Holmes

NASHVILLE 65755-1 688300v2