IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SARAH PATTON, ERICA KITTS, and MARILEE HARRISON, individually and on behalf of all similarly-situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> SERVICESOURCE DELAWARE, INC. d/b/a SERVICESOURCE INTERNATIONAL, INC. <br><br> Defendant. | Civil No.: 3:15-cv-01013 <br><br> MAGISTRATE JUDGE FRENSLEY <br><br> CLASS AND COLLECTIVE ACTION COMPLAINT <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION FOR 2-DAY EXTENSION OF TIME TO FILE MOTION FOR FINAL SETTLEMENT APPROVAL OF RULE 23 CLASS ACTION CLAIMS AND CLASS COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Plaintiffs Sarah Patton, Erica Kitts, and Marilee Harrison, individually and on behalf of all similarly-situated persons, ("Plaintiffs"), respectfully move the Court for a brief extension of time for Plaintiffs to file their Motion for Final Settlement Approval of Rule 23 Class Action Claims and Class Counsel's Application for an Award of Attorneys' Fees and Expenses.

A short two-day extension of time, or until Thursday, May 30, 2019, to finalize all documents necessary to support Plaintiffs' Motion for Final Settlement Approval of Rule 23 Class Action Claims and Class Counsel's Application for an Award of Attorneys' Fees and Expenses.

Plaintiffs have conferred with ServiceSource Delaware, Inc. d/b/a ServiceSource International, Inc. ("Defendants"). Defendant does not oppose Plaintiffs requested extension of time to file their Motion for Final Settlement Approval of Rule 23 Class Action Claims and Class Counsel's Application for an Award of Attorneys' Fees and Expenses.

1

WHEREFORE, Plaintiffs respectfully request that this Unopposed Motion for 2-Day Extension of Time to File Motion for Final Settlement Approval of Rule 23 Class Action Claims and Class Counsel's Application for an Award of Attorneys' Fees and Expenses be granted.

> Respectfully submitted,
>
> **DICKINSON WRIGHT PLLC**
>
> */s/ Joshua L. Burgener*
> Martin D. Holmes, #12122
> Joshua L. Burgener, #29077
> 424 Church Street, Suite 800
> Nashville, TN 37219
> (615) 244-6538
> mdholmes@dickinsonwright.com
> jburgener@dickinsonwright.com
>
> *Attorneys for Plaintiffs and Putative Opt-in Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019 a true and exact copy of the foregoing has been filed and served on the following via the Court's ECF filing system:

Craig A. Cowart
Jackson Lewis P.C.
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
craig.cowart@jacksonlewis.com

> */s/ Joshua L. Burgener*
> Joshua L. Burgener

NASHVILLE 65755-1 690973v1