> **ORDER:**
> Motion granted.
>
> *[signature]*
> U.S. Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| SARAH PATTON, ERICA KITTS, and MARILEE HARRISON, individually and on behalf of all similarly-situated persons, <br><br> Plaintiffs, <br><br> v. <br><br> SERVICESOURCE DELAWARE, INC. d/b/a SERVICESOURCE INTERNATIONAL, INC. <br><br> Defendant. | Civil No.: 3:15-cv-01013 <br><br> MAGISTRATE JUDGE FRENSLEY <br><br> CLASS AND COLLECTIVE ACTION COMPLAINT <br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' UNOPPOSED MOTION FOR 2-DAY EXTENSION OF TIME TO FILE MOTION FOR FINAL SETTLEMENT APPROVAL OF RULE 23 CLASS ACTION CLAIMS AND CLASS COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

Plaintiffs Sarah Patton, Erica Kitts, and Marilee Harrison, individually and on behalf of all similarly-situated persons, ("Plaintiffs"), respectfully move the Court for a brief extension of time for Plaintiffs to file their Motion for Final Settlement Approval of Rule 23 Class Action Claims and Class Counsel's Application for an Award of Attorneys' Fees and Expenses.

A short two-day extension of time, or until Thursday, May 30, 2019, to finalize all documents necessary to support Plaintiffs' Motion for Final Settlement Approval of Rule 23 Class Action Claims and Class Counsel's Application for an Award of Attorneys' Fees and Expenses.

Plaintiffs have conferred with ServiceSource Delaware, Inc. d/b/a ServiceSource International, Inc. ("Defendants"). Defendant does not oppose Plaintiffs requested extension of time to file their Motion for Final Settlement Approval of Rule 23 Class Action Claims and Class Counsel's Application for an Award of Attorneys' Fees and Expenses.

1